■ NATALIE CHINSKY, Respondent, v STANLEY CHINSKY, Appellant.—In an action in which the plaintiff wife was granted a judgment of divorce, defendant appeals from so much of an order of the Supreme Court, Suffolk County, dated April 9, 1975, as, on his cross motion to reduce alimony and child support payments, only reduced those payments to $140 per week. Order reversed insofar as appealed from, without costs or disbursements, and proceeding remanded to Special Term for a hearing to determine the true financial status of the parties, in order to arrive at proper alimony and support awards, and for the entry of an appropriate order thereon. Pending the outcome of such hearing, defendant is ordered to continue making payments of $140 per week. On the sparse record presented herein, a determination cannot be made as to whether the alimony and support payments required of defendant are excessive. The hearing should be held without delay. Martuscello, Acting P. J., Cohalan, Damiani, Shapiro and Titone, JJ., concur.

■ COUNCIL COMMERCE CORPORATION, Respondent, v WARRENSBURG BOARD & PAPER CORPORATION, Appellant, et al., Defendant.—In an action on a promissory note, commenced by a summons and motion for summary judgment in lieu of complaint, defendant Warrensburg Board & Paper Corporation appeals from (1) an order of the Supreme Court, Nassau County, dated December 16, 1975, which, upon reconsideration, granted plaintiff summary judgment and (2) the judgment entered thereon on December 23, 1975. Judgment and order affirmed, with one bill of $50 costs and disbursements to cover both appeals. In our view, appellant failed to raise any triable issues of fact. Accordingly, summary judgment was properly granted. Cohalan, Acting P. J., Margett, Damiani, Rabin and Shapiro, JJ., concur.

■ GAIL DOBBINS, Appellant, v WILLIAM V. DOBBINS, Respondent.—In a matrimonial action, plaintiff appeals from an order of the Supreme Court, Queens County, entered December 10, 1975, which, after a hearing, *inter alia,* granted the defendant's motion to modify the final judgment of divorce by awarding custody of the infant children to him. Order affirmed, without costs or disbursements. The determination made by Special Term was fully warranted by the facts adduced. Martuscello, Acting P. J., Cohalan, Damiani, Shapiro and Titone, JJ., concur.